**Electronically Filed**
**Supreme Court**
**SCWC-23-0000495**
**30-MAR-2026**
**07:55 AM**
**Dkt. 21 ODAC**

SCWC-23-0000495

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant,

vs.

ROGER R. CABUDOL,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000495; CASE NO. 2DTA-22-00870)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Remigio, assigned by reason of vacancy)

Petitioner/Defendant-Appellee Roger R. Cabudol's application for writ of certiorari filed on February 6, 2026, is rejected.

DATED: Honolulu, Hawai'i, March 30, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Catherine H. Remigio

